JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ACADIA SENESE (CABN 251287)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone:(415) 436-6809
   Fax:  (415) 436-7234
   Email: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 10-0384 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT FROM MAY 24, |
| MARTIN THADEO, | ) | 2010 TO JUNE 2, 2010 |
| | ) | |
| | ) | |
| Defendant. | ) | |

    On May 24, 2010, the parties in this case appeared before the Honorable Joseph C. Spero for a status appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from May 24, 2010 to June 2, 2010, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

//

//

//

Stipulation and [~~Proposed~~] Order
CR No. 09-1193 MHP                       1

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

DATED: 6/2/2010

          _____
          ACADIA SENESE
          Special Assistant United States Attorney

DATED: 6/2/2010

          _____
          MANUAL RIVAS
          Attorney for Martin Thadeo

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from May 24, 2010, to June 2, 2010, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 6/3/10

          _____
          THE HON.
          United States Magistrate Judge

*(Signed: Judge Joseph C. Spero)*